IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA SCHICK, | No. 4:20-CV-01422 |
| Plaintiff, | |
| v. | (Judge Brann) |
| CARROLS CORPORATION t/a/d/b/a BURGER KING, | |
| Defendant, | |
| v. | |
| BEAUDETTE CONSTRUCTION COMPANY, INC., | |
| Third-Party Defendant, | |
| v. | |
| GBC DESIGN, INC., | |
| Third-Party Defendant. | |

# ORDER

**AND NOW**, this 11th day of June 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Third-Party Defendant GBC Design, Inc.'s Motion to Dismiss (Doc. 41) is **DENIED**.

2. GBC's Answer to the Amended Third-Party Complaint is due no later than June 25, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge