IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA SCHICK, | No. 4:20-CV-01422 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CARROLS CORPORATION t/a/d/b/a BURGER KING, | |
| Defendant, | |
| v. | |
| BEAUDETTE CONSTRUCTION COMPANY, INC., | |
| Third-Party Defendant, | |
| v. | |
| GBC DESIGN, INC., | |
| Third-Party Defendant. | |

## **ORDER**

**AND NOW**, this 29th day of April 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Carrols Corporation's motion for summary judgment (Doc. 59) is **DENIED IN PART AND GRANTED IN PART**, as follows:

    a. **DENIED** as to Cynthia Schick's premises-liability claims involving the curb color and the lack of a handrail/guardrail.

      b.    **GRANTED** as to Schick's premises-liability claims involving door signs.

2.    Beaudette Construction Company, Inc.'s motion for summary judgment (Doc. 57) is **DENIED**.

3.    GBC Design, Inc.'s motion for summary judgment (Doc. 63) is **DENIED IN PART AND GRANTED IN PART**, as follows:

      a.    **DENIED** as to Carrols's and Beaudette's claims for contribution.

      b.    **GRANTED** as to Beaudette's claims for indemnification.

4.    A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge